Form 3A
(10/05)

# United States Bankruptcy Court

_____ District Of _____ Illinois _____

In re __MARTESE OWENS__    Case No. __08-8696__
Debtor
Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __68.50__    Check one ☐ With the filing of the petition, or
                            ☐ On or before __April 25, 2008__
    $ __68.50__    on or before __May 10, 2008__
    $ __68.50__    on or before __June 10, 2008__
    $ __68.50__    on or before __July 10, 2008__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _Martese Owens_    _4-10-2008_
Signature of Attorney            Date         Signature of Debtor    Date
                                              (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                              _____    _____
                                              Signature of Joint Debtor (if any)    Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 10 2008

KENNETH S. GARDNER, CLERK
PS REP. - RD

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of _____Illinois_____

In re **MARTESE OWENS**,
            Debtor

Case No. **08-8696**

Chapter **13**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   ☐ With the filing of the petition, or
                                ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: **APR 10 2008**

Kenneth S. Gardner, Clerk of the Court